IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Theodore Leeboo<br><br>*Debtors* | APPLICATION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>Chapter 13<br>Bankruptcy Case# 23-43614-nhl<br>Honorable Nancy Hershey Lord |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

PLEASE TAKE NOTICE, that upon the application of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT (together with any successor or assign, "Movant"), the undersigned shall move this Court for an Order, pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the real property located at 86 Barbey Street, Brooklyn, NY 11207; granting Movant reasonable attorney fees and costs; and granting Movant such other and further relief as is just and proper.

This motion shall be heard on the Zoom for Government platform on July 11, 2024 at 2:30pm. As of March 25, 2024, all hearings before Judge Nancy Hershey Lord will be conducted solely using the Zoom for Government platform, except for trials and evidentiary hearings in connection with contested matters. Regarding the latter, the Court will be in direct communication with the parties with respect to scheduling.

Judge Nancy Hershey-Lord conducts hearings by videoconference. All participants must register with eCourt Appearances in advance of all videoconference appearances. eCourt Appearances registration is required by both attorneys and non-attorney participants. Attorneys with a CM/ECF account may find the program under the "Utilities" menu after logging on to CM/ECF.

Those without CM/ECF accounts may access the program on the website at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. To register for eCourt Appearances and for more information on eCourt Appearances, including a tutorial, please visit https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances. Once registered, eCourt Appearances will email the telephone number and/or video

link for your hearing. You may register for hearings weeks in advance, but the telephone number and/or video link will not be emailed to you until 48 hours before the hearing date. Those registering with eCourt Appearances for hearings in less than 48 hours should allow up to 15 minutes after registration to receive the email with the telephone number and/or video link. Those unable to access eCourt Appearances must email Judge Nancy Hershey-Lord's Courtroom Deputy at: nhl_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.

Service List:

Theodore Leeboo
50 Rochester Avenue
Brooklyn, NY 11233
*Pro Se Debtor*

Lori Lapin Jones
Lori Lapin Jones PLLC
98 Cutter Mill Road
Suite 255 South
Great Neck, NY 11021
*Chapter 7 Trustee*

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004
*U.S. Trustee*