IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| In Re: | APPLICATION FOR RELIEF FROM THE AUTOMATIC STAY |
|---|---|
| Theodore Leeboo | Chapter 13 |
| *Debtors* | Bankruptcy Case# 23-43614-nhl |
| | Honorable Nancy Hershey Lord |

***Application of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT (hereinafter referred to as "Movant") for Relief from the Automatic Stay under 11 U.S.C. under 362(d) with respect to the Property: 86 Barbey Street, Brooklyn, NY 11207 (the "Property")***

U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, through its attorneys, Hladik, Onorato & Federman, LLP, respectfully requests the Court grant it's Application for Relief with regard to the Vehicle, and in support thereof, respectfully represents as follows;

1. Movant is U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT.

2. Debtor, Theodore Leeboo, filed a Petition for Relief under Chapter 7 of the Bankruptcy Code on October 5, 2023.

3. Movant is the holder of a mortgage lien on the Property in the original principal amount of $464,000.00, which was recorded on April 28, 2009 under CRFN# 2009000124970 (the "Mortgage"). A true and correct copy of the Mortgage is attached hereto as Exhibit "A."

4. The Mortgage has been assigned to Movant through a series of written assignments of mortgage, the last of which was recorded on November 1, 2018 under CRFN# 201800363891. A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit "B."

5. Debtor's loan is in default and due is contractually due for the May 1, 2010 payment. The total amount of arrears are approximately $597,456.26.

6. As of the date of this motion, the total amount due on the loan is approximately $991,131.36.

7. In addition, Movant has incurred counsel fees and costs in association with Debtor's default and this motion.

8.  Per the BPO obtained by Movant, the value of the Property is $845,000.00.  As of April 30, 2024, the approximate total amount necessary to pay off this Mortgage is $991,131.36. Therefore, there is no equity in the Property. A copy of the BPO is attached as Exhibit "C".

9.  As a result of the Debtor's default and failure to make payments or to otherwise fail to adequately provide for Movant in the bankruptcy filing, Movant is not adequately protected and is entitled to relief.

10. Movant has instituted or wishes to institute foreclosure proceedings on the Mortgage because of Debtor's failure to make the regular payments required therein.

11. To the extent the Court does not find that relief is appropriate, then Movant requests that the stay be conditioned such that in the event the Debtor falls behind on post-petition payments or trustee payments that American Credit Acceptance may receive relief upon default by the Debtor of the terms of the conditional order.

12. A copy of the proposed Order seeking relief is attached as Exhibit "D" and is hereby incorporated by reference.

13. No such prior application has been made.

14. Movant requests that the stay of Bankruptcy Rule 4001 (a)(3) and the requirements of 3002.1 be waived.


WHEREFORE, Movant, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, respectfully requests this Court to grant the appropriate relief under 11 U.S.C. §362 from the automatic stay as set forth in the proposed order together with such other relief as deemed just and appropriate.

Respectfully submitted,

HLADIK, ONORATO & FEDERMAN, LLP

BY:     **/s/ Jonathan Roman**
        Jonathan Roman, Esquire
        NYID# 5136643
        Hladik, Onorato & Federman, LLP
        7 Skyline Drive, Suite 350
        Hawthorne, NY 10532
        Attorney for Creditor

Date: 05/06/2024