# EXHIBIT "B"

## NYC DEPARTMENT OF FINANCE
## OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2018103101109001001E5CC5

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 4 |
|---|---|

Document ID: 2018103101109001  Document Date: 10-31-2018  Preparation Date: 10-31-2018
Document Type: ASSIGNMENT, MORTGAGE
Document Page Count: 2

**PRESENTER:**
NATIONWIDE TITLE CLEARING INC.
2100 ALT 19 NORTH
PALM HARBOR, FL 34683
SUPPORT@SIMPLIFILE.COM

**RETURN TO:**
FANNIE MAE
C/O NATIONWIDE TITLE CLEARING, INC. 2100 ALT. 19 N
ORTH
PALM HARBOR, FL 34683
SUPPORT@SIMPLIFILE.COM

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 3920 | 32 | Entire Lot | 86 BARBEY ST |

Property Type: DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

CRFN:    2009000124970

### PARTIES

**ASSIGNOR/OLD LENDER:**
NATIONSTAR MORTGAGE LLC
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

**ASSIGNEE/NEW LENDER:**
US BANK NATIONAL ASSOCIATION
60 LIVINGSTON AVENUE
ST PAUL, MN 55107

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES:   County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 47.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed          11-01-2018 09:53
City Register File No.(CRFN):
2018000363891

*City Register Official Signature*



| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | 2018103101109001001C5E45 |

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | PAGE 2 OF 4 |

| Document ID: 2018103101109001 | Document Date: 10-31-2018 | Preparation Date: 10-31-2018 |
| Document Type: ASSIGNMENT, MORTGAGE | | |

**PARTIES**

**ASSIGNEE/NEW LENDER:**
RMAC TRUST SERIES 2016-CTT
60 LIVINGSTON AVENUE
ST PAUL, MN 55107

When Recorded Return To:
Fannie Mae
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, NATIONSTAR MORTGAGE LLC, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage, as the same has not been consolidated, extended or modified, with all interest secured thereby, all liens, and any rights due or to become due thereon to U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, WHOSE ADDRESS IS 60 LIVINGSTON AVENUE, EP-MN-WS3D, ST. PAUL, MN 55107, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 04/16/2009, made by THEODORE LEEBOO AND ETHEL SCOTT to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GREAT AMERICAN MORTGAGE CORP., ITS SUCCESSORS AND ASSIGNS, in the principal sum of $464,000.00 and recorded on 04/28/2009, in CRFN # 2009000124970, in the office of the Registry of KINGS County, NY.

Property is commonly known as: 86 BARBEY STREET,
BROOKLYN, NY 11207.

See Exhibit attached for Assignments, Modifications etc.

This Assignment is not subject to the requirements of section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

Dated this 31st day of October in the year 2018.
NATIONSTAR MORTGAGE LLC

_____
JEANETTE ROIKES
VICE PRESIDENT LOAN DOCUMENTATION

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

_____
KRISTOPHER SANDBERG
WITNESS

STATE OF FLORIDA    COUNTY OF PINELLAS
Before me, this 31st day of October in the year 2018, the undersigned, personally appeared Jeanette Roikes as Vice President of Loan Documentation for NATIONSTAR MORTGAGE LLC, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that they executed the same in their capacity(ies), and that by their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
ALYSSA SAY
COMM EXPIRES: 10/02/2022

ALYSSA SAY
NOTARY PUBLIC
STATE OF FLORIDA
COMM# GG249609
EXPIRES: 10/2/2022

Exhibit

Assignment: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR GREAT AMERICAN MORTGAGE CORP., ITS SUCCESSORS AND ASSIGNS TO CITIMORTGAGE DATED 07-14-2010. EFFECTIVE DATE 04-27-2009. REC: 08-26-2010 INSTR# 2010000289094

Assignment: CITIMORTGAGE, INC. TO NATIONSTAR MORTGAGE LLC DATED 08-11-2016. REC: 08-26-2016 INSTR# 2016000296360