# EXHIBIT "C"


**Asset Val**
*Valuation Solutions*

| | | | |
|---|---|---|---|
| **Project Name** | ▮ | **Completion Date** | 01/09/2024 |
| **Inspection Type/Date** | Exterior  01/08/2024 | **Borrower Name** | THEODORE LEEBOO |
| **Street Address** | 86 Barbey St | | |
| **City** | Brooklyn | **State**  NY | **Zip**  11207 |

## Subject Property

| | | | |
|---|---|---|---|
| Location | Urban | Currently Listed | No |
| Property Type | 2Family | Listed in Last 36 Months | No |
| Occupancy | Unknown | Listing Company | |
| Fair Market Rent (All Units) | $6,500 | List Company Phone | |
| Red Flags | ☐ Damaged  ☐ Construction | Days on Market | |
| | ☐ Environmental  ☐ Zoning | List Status | |
| | ☐ Market Activity  ☐ Boarded | | |
| | ☐ Stigma  ☐ Subject Not Visible | Original List Price | |
| | ☐ Other  ☑ None | Last Known Sale Date | 10/30/2013 |
| | | Last Known Sale Price | $10,000 |

| | | | |
|---|---|---|---|
| County | Kings | Zoning Code | R4 |
| APN | Apn#03920-00032 | Zoning Description | LOW DENSITY RESIDENTIAL |
| Current Use | Two Family Dwellings | Zoning Compliance | Legal |
| Best Use. If no, explain | Yes | If Illegal, explain: | |

## Subject and Comparable Sales Characteristics

| Attribute | Subject | ☑ Comp Sale 1 | ☐ Comp Sale 2 | ☐ Comp Sale 3 |
|---|---|---|---|---|
| Address | 86 Barbey St, Brooklyn,NY 11207 | 92 Barbey St Brooklyn, NY 11207 | 72 Hendrix St Brooklyn, NY 11207 | 37 Hendrix St Brooklyn, NY 11207 |
| Proximity | | 0 Miles | 0.1 Miles | 0.09 Miles |
| Broker Inspected | | No | No | No |
| Comparability | | Equal | Inferior | Superior |
| Style | Townhouse | Townhouse | Townhouse | Townhouse |
| Condition | Average | Average | Average | Average |
| Construction | Framed | Framed | Brick | Framed |
| Year Built | 1920 | 1920 | 1910 | 1920 |
| Lot Size | 2178 Sq.Ft. | 3024 Sq.Ft. | 1617 Sq.Ft. | 2854 Sq.Ft. |
| # Units | 2 | 2 | 2 | 2 |
| GLA | 2371 | 2368 | 1920 | 2522 |
| Room Count | 10 | 10 | 13 | 13 |
| Bed Count | 6 | 6 | 6 | 8 |
| Bath Count | 3.1 | 3.0 | 2.1 | 4.0 |
| Basement | Full | Full | Full | Full |
| BG SqFt | 864 | 1184 | 960 | 824 |
| Basement Finished % | 100 | 100 | 100 | 100 |
| Basement included in GLA | No | No | No | No |
| Garage/Carport | None | None | None | None |
| Number of Stalls | 0 | 0 | 0 | 0 |
| Parking | Driveway | Driveway | Driveway | Driveway |
| Pool | No | No | No | No |
| View | Residential | Residential | Residential | Residential |
| Waterfront | No | No | No | No |
| Data Source | Appraisal | MLS | MLS | MLS |
| Finance Type | | Conventional | Conventional | Conventional |
| Sale Type | | Owner/Resale | Owner/Resale | Owner/Resale |
| Sale Date | | 04/03/2023 | 12/11/2023 | 04/17/2023 |
| DOM | | 42 | 75 | 125 |
| Original List Price | | $938,000 | $799,000 | $899,000 |
| List Price at Sale | | $938,000 | $799,000 | $849,888 |
| Sales Price | | $895,000 | $799,000 | $845,000 |
| $/Sq Ft (As-Is) | 356 | 378 | 416 | 335 |

## Sales Comments / Sale Concessions

| | |
|---|---|
| Comp Sale 1 | The comparable property is  similar in size, inferior in bathroom count, equal in age, superior in lot size |
| Comp Sale 2 | The comparable property is older, inferior in size, lot size, inferior in bathroom count |
| Comp Sale 3 | The comparable property is superior in size, bathroom count, superior in lot size |



| Project Name | ■■■■■■■ | Completion Date | 01/09/2024 |
|---|---|---|---|
| Inspection Type/Date | Exterior  01/08/2024 | Borrower Name | THEODORE LEEBOO |
| Street Address | 86 Barbey St | | |
| City | Brooklyn | State  NY | Zip  11207 |

## Subject and Comparable Listing Characteristics

| Attribute | Subject | ✓ Comp List 1 | ☐ Comp List 2 | ☐ Comp List 3 |
|---|---|---|---|---|
| Address | 86 Barbey St, Brooklyn,NY 11207 | 43 Wyona St Brooklyn, NY 11207 | 80 Schenck Ave Brooklyn, NY 11207 | 126 Ashford St Brooklyn, NY 11207 |
| Proximity | | 0.3 Miles | 0.12 Miles | 0.17 Miles |
| Broker Inspected | | No | No | No |
| Comparability | | Inferior | Superior | Superior |
| Style | Townhouse | Townhouse | Townhouse | Townhouse |
| Condition | Average | Average | Average | Average |
| Construction | Framed | Brick | Brick | Brick |
| Year Built | 1920 | 1993 | 1901 | 1910 |
| Lot Size | 2178 Sq.Ft. | 2500 Sq.Ft. | 2875 Sq.Ft. | 2194 Sq.Ft. |
| # Units | 2 | 2 | 2 | 2 |
| GLA | 2371 | 1904 | 2880 | 2505 |
| Room Count | 10 | 10 | 11 | 10 |
| Bed Count | 6 | 5 | 6 | 6 |
| Bath Count | 3.1 | 3.0 | 3.0 | 2.0 |
| Basement | Full | Full | Full | Full |
| BG SqFt | 864 | 952 | 1440 | 1265 |
| Basement Finished % | 100 | 100 | 100 | 100 |
| Basement included in GLA | No | No | No | No |
| Garage/Carport | None | Detached | None | None |
| Number of Stalls | 0 | 3 | 0 | 0 |
| Parking | Driveway | Driveway | Driveway | Driveway |
| Pool | No | No | No | No |
| View | Residential | Residential | Residential | Residential |
| Waterfront | No | No | No | No |
| Data Source | Appraisal | MLS | MLS | MLS |
| Finance Type | | Conventional | Conventional | Conventional |
| List Type | | Owner/Resale | Owner/Resale | Owner/Resale |
| List Date | | 11/02/2023 | 10/20/2023 | 09/13/2023 |
| DOM | | 68 | 81 | 118 |
| Pending | | No | No | No |
| Original List Price | | $875,000 | $925,000 | $799,999 |
| Current List Price | | $875,000 | $925,000 | $799,999 |
| $/Sq Ft (As-Is) | 356 | 460 | 321 | 319 |

## Listing Comments / Pricing Concessions

| | |
|---|---|
| Comp Listing 1 | The comparable listing is inferior in size, superior in garage count, inferior in bathroom count, lot size, newer |
| Comp Listing 2 | The comparable listing is superior in size, older, superior in lot size, inferior in bathroom count |
| Comp Listing 3 | The comparable listing is superior in size, older, inferior in bathroom count, similar in lot size |

## 90-120 DAY VALUE ESTIMATE

| As-Is | | Repaired | |
|---|---|---|---|
| Probable Sale Price | $845,000 | Probable Sale Price | $845,000 |
| List Price | $855,000 | List Price | $855,000 |

## QUICK SALE VALUE ESTIMATE

| | | | |
|---|---|---|---|
| Probable Quick Sale Price | $780,000 | Quick Sale Discount | 7.69 % |

## LAND VALUE ESTIMATE

| | | | |
|---|---|---|---|
| Estimated Lot Value Low | $250,000 | Estimated Lot Value High | $300,000 |

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
www.AssetVal.com - (800) 560-7350



| | | | |
|---|---|---|---|
| Project Name | RLM010624 | Completion Date | 01/09/2024 |
| Inspection Type/Date | Exterior  01/08/2024 | Borrower Name | THEODORE LEEBOO |
| Street Address | 86 Barbey St | | |
| City | Brooklyn | State | NY | Zip | 11207 |

## General Market Conditions

Current Market Conditions  ☐ Excellent  ☐ Improving  ✓ Stable  ☐ Slow  ☐ Depressed

Employment Conditions  ☐ Increasing  ✓ Stable  ☐ Decreasing

Market Values for this type of property have  ☐ Appreciated _____ % in the past _____ months
☐ Depreciated _____ % in the past _____ months
✓ Remained Stable for the past  12  months

Price Range of  62  comparable sales in past 12 months  $157,000  to  $3,700,000

Price Range of  110  competitive listings on the market  $395,000  to  $5,300,000

Typical Marketing Time (DOM)  120  Marketing Time Trend  ☐ Increasing  ✓ Stable  ☐ Decreasing

Current Inventory of this type of property  ☐ Undersupply ✓ Balanced  ☐ Oversupply

Estimated Occupancy of subject's neighborhood:  27  % Owner  73  % Tenant  0  % Vacant

Median Monthly Market Rent :  $6,500

Are REO/short sale sales/listings affecting the overall value of the subject's neighborhood?  ☐ Yes  ✓ No

REO Trend  ☐ Increasing  ✓ Stable  ☐ Decreasing  Distressed Discount  5  %

Is there evidence of a disaster?  ☐ Yes  ✓ No  Date _____

Number of boarded or blocked up homes  0  Industrial within 0.25 miles  ☐ Yes  ✓ No

Neighborhood Description:

Location contributes value. Median home size in the area is 2100 sq.ft. Average year built in the area is 1901. The subject conforms to the neighborhood which has similar type properties and most buildings are of similar age.

General Comments about market conditions:

The percentage of renters within subject's neighborhood is 73%, demand for housing and rent is stable in the area. Supply and demand are in balance. Average sales time in the area is from 3 to 6 months.

## Subject Marketability

HOA?  ☐ Yes  ✓ No  HOA Name _____

HOA Contact _____  Phone Number _____

HOA Fee _____  HOA Fee Schedule _____  Fees Current?  ☐ Yes  ☐ No  Delinquent Amount _____

Fee Includes:  ☐ Insurance  ☐ Landscaping  ☐ Pool  ☐ Tennis  ☐ Other _____

Any known litigation involving the HOA?  ☐ Yes  ☐ No

   If yes, explain: _____

Is the subject property currently impacted by a disaster?  ☐ Yes  ✓ No  Date _____  Type _____

Recommended Marketing Strategy  ✓ As-Is  ☐ Minimal Lender Required Repairs  ☐ Repaired

Most Likely Buyer  ✓ Owner Occupant  ☐ Investor

Considering available indicators, the current occupant of the subject is most likely  ✓ Owner  ☐ Tenant  ☐ Vacant

Does the subject conform to the neighborhood?  ✓ Yes  ☐ No

For the neighborhood, the subject is an:  ☐ Under Improvement  ✓ Appropriate Improvement  ☐ Over Improvement

Is the subject's condition consistent with properties in the neighborhood?  ✓ Yes  ☐ No

Does the subject property appear to have been updated?  ☐ Yes  ✓ No

Does the subject property need emergency repairs?  ☐ Yes  ✓ No  ☐ Unknown

   If yes, explain: _____

Does the subject property show evidence of vandalism?  ☐ Yes  ✓ No

   If yes, explain: _____

Are all types of financing available for the subject?  ✓ Yes  ☐ No

   If no, explain: _____

Describe any adverse environmental/safety conditions:

No adverse environmental/safety concerns noted at the time of the exterior inspection

Positive attributes to marketability:

Subject is located in a residential area in close proximity to public transportation, schools, shopping and medical

Negative attributes to marketability?

No negative attributes to marketability noted at the time of the inspection and based on my exterior observations.



| Project Name | RLM010624 | Completion Date | 01/09/2024 |
|---|---|---|---|
| Inspection Type/Date | Exterior  01/08/2024 | Borrower Name | THEODORE LEEBOO |
| Street Address | 86 Barbey St | | |
| City | Brooklyn | State | NY | Zip | 11207 |

## Addendum

I was able to locate only 1 comparable sold within the past 3 months, therefore I had to exceed guideline parameters and use 2 comparables sold within the past 9 months.

I feel it is worth $845,000, I came up with this value by looking at the both sold and listed comps in the neighborhood.  Values adjusted at the lower end of sold comps given that active lists are currently lower, therefore subject must be competitive. I would price this property aggressively in order to be able to compete with the inventory in the market and enable it to sell quickly without having to resort to subsequent price reductions.

The subject property is zoned residential, no negative impact noted at the time of the inspection. There are small commercial buildings, cemetery, park, RR school and busy road in the immediate market area of the subject, however no influence noted.

## ESTIMATE OF REPAIRS

| INTERIOR ITEMS | | EXTERIOR ITEMS | |
|---|---|---|---|
| Interior Paint | $0 | Exterior Paint | $0 |
| Drywall/Plaster | $0 | Siding/Trim | $0 |
| Flooring | $0 | Roof | $0 |
| Electrical/Plumbing | $0 | Gutters/Downspouts | $0 |
| Kitchen | $0 | Exterior Doors | $0 |
| Bathrooms | $0 | Windows | $0 |
| Interior Doors | $0 | Structural | $0 |
| Heating/Cooling | $0 | Garage | $0 |
| Mold/Discoloration | $0 | Pool/Spa | $0 |
| Other (1) | $0 | Other (1) | $0 |
| Other (2) | $0 | Other (2) | $0 |

Total Cost of Estimated Repairs:    **$0**

What will the condition rating be after the recommended repairs are completed?:

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
www.AssetVal.com - (800) 560-7350



| Project Name | RLM010624 | Completion Date | 01/09/2024 |
|---|---|---|---|
| Inspection Type/Date | Exterior  01/08/2024 | Borrower Name | THEODORE LEEBOO |
| Street Address | 86 Barbey St | | |
| City | Brooklyn | State | NY | Zip | 11207 |

## CERTIFICATION  & LIMITING CONDITIONS OF SALES AGENT OR BROKER

I certify and hereby confirm:

The subject property inspection for a Broker Price Opinion, whether interior or exterior, is not a 'home inspection' and should not be construed as such. As part  of the valuation process the real estate agent performs a non-invasive visual inspection that is not intended to reveal defects or detrimental conditions that are not readily apparent.  Any subsequently discovered defects or detrimental conditions could adversely affect the agent's opinion of value, and a reconsideration would be warranted. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause  of the client, the dollar amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this a Broker Price Opinion.
- I did not base, either partially or completely, my analysis and/or the opinion of value in this report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- I have made a personal inspection of the property that is the subject of this report.
- By virtue of my license, experience and training, I satisfy the competency rule, have met the state and federal requirements for completing a Broker Price Opinion, and have the skills and knowledge to produce a credible and reliable value conclusion.
- I have met the education and continuing educational requirements for my license.
- I have followed the applicable laws and regulations of the state where I am licensed, as well as, all federal laws governing the completion of a Broker Price Opinion.

**SIGNATURE**
- Agent/Broker Name:  **Darina Kasow**
- License Number:  **10401222653**
- Licensing State:  **NY**
- Expiration Date: **07/07/2024**
- Company Name:  **Mirra LLC**
- Company Address: **1111 Dorchester Rd, Brooklyn, NY. 11218**
- Distance from Subject: **5.02 Miles**
- Telephone Number:  **718-490-1030**
- Email Address:  **darinarealtor@gmail.com**

- E- Signature:  *Darina Kasow*

## COMPLIANCE & DISCLAIMER

**Federal Compliance:**

This document is not an appraisal as defined by USPAP (Uniform Standards of Professional Appraisal Practice). If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.



| Project Name | RLM010624 | Completion Date | | 01/09/2024 | |
|---|---|---|---|---|---|
| Inspection Type/Date | Exterior  01/08/2024 | Borrower Name | | THEODORE LEEBOO | |
| Street Address | 86 Barbey St | | | | |
| City | Brooklyn | State | NY | Zip | 11207 |

## AERIAL MAP



Distant Map

## AERIAL MAP



Proximate Map

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
www.AssetVal.com - (800) 560-7350



| Project Name | RLM010624 | Completion Date | | 01/09/2024 |
|---|---|---|---|---|
| Inspection Type/Date | Exterior 01/08/2024 | Borrower Name | | THEODORE LEEBOO |
| Street Address | 86 Barbey St | | | |
| City | Brooklyn | State | NY | Zip | 11207 |

**SUBJECT FRONT**



**SUBJECT FRONT RIGHT ANGLED**





| Project Name | RLM010624 | Completion Date | | 01/09/2024 |
|---|---|---|---|---|
| Inspection Type/Date | Exterior 01/08/2024 | Borrower Name | | THEODORE LEEBOO |
| Street Address | 86 Barbey St | | | |
| City | Brooklyn | State | NY | Zip 11207 |

**SUBJECT FRONT LEFT ANGLED**



**WHAT SUBJECT FACES**





| Project Name | RLM010624 | Completion Date | | 01/09/2024 | |
|---|---|---|---|---|---|
| Inspection Type/Date | Exterior  01/08/2024 | Borrower Name | | THEODORE LEEBOO | |
| Street Address | 86 Barbey St | | | | |
| City | Brooklyn | State | NY | Zip | 11207 |

**STREET VIEW ONE DIRECTION**



**STREET VIEW OTHER DIRECTION**



INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
www.AssetVal.com - (800) 560-7350



| Project Name | RLM010624 | Completion Date | | 01/09/2024 | |
|---|---|---|---|---|---|
| Inspection Type/Date | Exterior  01/08/2024 | Borrower Name | | THEODORE LEEBOO | |
| Street Address | 86 Barbey St | | | | |
| City | Brooklyn | State | NY | Zip | 11207 |

## ADDRESS VERIFICATION



## EXTERIOR PHOTO



street sign



| | | | |
|---|---|---|---|
| **Project Name** | RLM010624 | **Completion Date** | 01/09/2024 |
| **Inspection Type/Date** | Exterior  01/08/2024 | **Borrower Name** | THEODORE LEEBOO |
| **Street Address** | 86 Barbey St | | |
| **City** | Brooklyn | **State** | NY | **Zip** | 11207 |

## MLS - Page 1 of 1

### Cross Property 360 Property View

## 86 Barbey St, Brooklyn, New York 11207

Listing

**Multi-Family**                                  **86 Barbey St**                              **L $469,000**
**381028 Expired**                          **Brooklyn, New York 11207**



| | | | |
|---|---|---|---|
| Borough: | **Brooklyn** | # Families: | **2** |
| Neighborhood: | **Bushwick** | Bedrooms: | **5** |
| Cross St 1: | **ARLINGTON AVENUE** | Baths Full: | **2** |
| Cross St 2: | **JAMAICA AVE** | Baths Half: | **0** |
| Bldg Type: | **Attached** | Baths 3/4: | |
| Type: | | Tot Rms: | **9** |
| Style: | | Apx Sqft: | **2,296** |
| Block/Lot: | **3920/32** | Stories: | **3** |
| Bldg Size: | **20 x 30** | Waterfront: | **No** |
| Lot Size: | **25 x 95** | Year Built: | |
| Lot Sqft: | **2,375** | Hndcap Acc: | |
| Rd Frontage: | | A/C Units: | |
| Zoning: | **R4** | Cert Occup: | **Yes** |
| Basement Type: | **Finished** | Own Occup: | |
| Lot Dimensions: | **25 x 95** | Sale Type: | |

| | Rooms | Beds | Baths |
|---|---|---|---|
| Level 1: | | | |
| Level 2: | | | |
| Level 3: | | | |
| Level 4: | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Type: | BR: | **2** | FB: | Floor/Unit#: | Current Rent: | Increase/yr: | Electric/yr: |
| Status: | Tot BA: | **1** | 3/4: | Ceiling Hgt: | Proj Rent: | Sec Dep: | Heat/yr: |
| Date Avail: | Rooms: | | HB: | # Units: | Sqft/Unit: | | Wat/Sew/yr: |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Type: | BR: | **3** | FB: | Floor/Unit#: | Current Rent: | Increase/yr: | Electric/yr: |
| Status: | Tot BA: | **1** | 3/4: | Ceiling Hgt: | Proj Rent: | Sec Dep: | Heat/yr: |
| Date Avail: | Rooms: | | HB: | # Units: | Sqft/Unit: | | Wat/Sew/yr: |

#### FEATURES

| | | | |
|---|---|---|---|
| Parking: | | Basement: | **Finished** |
| Parking Attrib: | **1 Space** | | |
| Flooring: | **Carpeting** | Heat Source: | **Gas** |
| Roof: | **Pitched** | Heat Delivery: | **Steam/Radiator** |
| Exterior: | **Vinyl Siding** | Foundation: | **Poured Concrete** |
| Construction: | **Wood Frame** | Electric: | **220 V** |
| Hot Water: | **Gas** | Yard: | **Back** |
| Financing: | **Bank Mortgage, Cash** | Bldg Amenities: | |

| | | | | | |
|---|---|---|---|---|---|
| Gross Income: | | Tax Yr $: | **$3,017** | Misc Exp $ Yr: | |

Remarks: **SHORT SALE!**

#### AGENT/BROKER INFO

| | | | |
|---|---|---|---|
| List Office: | **Gosen Properties (116010)** | List Agent: | **Emmanuel Victor** |
| Phone(s): | **(718) 704-0494/** | Phone/Cell: | **(718) 704-0494/(718) 598-7374** |
| Fax Phone: | **(718) 682-6171** | | |
| Email: | **info@gosenproperties.com** | Email: | **evictor@gosenproperties.com** |

Showing Instructions:  **EMMANUEL VICTOR 718-598-7374 CELL**

| | | | | | |
|---|---|---|---|---|---|
| Owner: | **Lte Development Inc** | | | | |
| Owner Phone: | | Owner Email: | | | |
| Owner Occup: | | On Internet: | **Yes** | Addr on Inter: | **Yes** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Full Comm: | | Buyer Agent: | **0.00 %** | Broker Agent: | **2.00 %** | Neg Thru: **Broker** |

| | | | | | | |
|---|---|---|---|---|---|---|
| List Date: | **09/24/2013** | Last List Price: | | Last Ch Date: | **01/25/2018** | DOM/CDOM: **1,140/1,140** |
| Expiration Dt: | **09/24/2014** | Orig List Price: | **$469,000** | Last Ch Type: | **Expired** | |

mls

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
www.AssetVal.com - (800) 560-7350



| Project Name | RLM010624 | Completion Date | 01/09/2024 |
| Inspection Type/Date | Exterior  01/08/2024 | Borrower Name | THEODORE LEEBOO |
| Street Address | 86 Barbey St | | |
| City | Brooklyn | State | NY | Zip | 11207 |

## TAX - Page 1 of 4


### Department of Finance

# NOTICE OF PROPERTY VALUE
## Tax Year 2023-24
### (This is not a bill.)

#7095362230109O1#
**COHAN, DAVID**
**86 BARBEY ST.**
**BROOKLYN NY  11207-2249**

**January 15, 2023**

**Owner**
COHAN, DAVID

**Property Address**
86 BARBEY STREET

**Borough:** 3    **Block:** 3920    **Lot:** 32

**Tax Class:** 1    **Building Class:** B2    **Units:** 2 Residential

---

### YOUR NOTICE OF PROPERTY VALUE (NOPV) AT A GLANCE

**2023-24 Market Value:**          $883,000

**2023-24 Assessed Value:**        $25,259

**Your property tax exemptions:**   None

**See below for an estimate of your 2023-24 property tax.**

### WHAT IS THIS NOTICE?

This is your annual notice of property value, or NOPV. **It is not a bill, and no payment is required**. This notice will:

- Inform you of the assessed value of your property for tax year 2023-24, and tell you how to challenge it if you believe there is a mistake.
- Explain how property taxes are calculated.
- Provide an estimate of your property tax for tax year 2023-24.

Please keep a copy of this notice with your records. You may also view your NOPV and property tax bills online at www.nyc.gov/nopv.

### ESTIMATED 2023-24 PROPERTY TAX

We cannot calculate your 2023-24 property tax until the new tax rate is established by the city council. Until then, you will pay the 2022-23 rate. Many factors influence the amount you will owe, including the value of any exemptions you receive.  See page two for details about how property tax is calculated.

The table below estimates the amount you will owe by multiplying the taxable value of your property by the current tax rate of 20.309%.  This table is provided for informational purposes only; the actual amount you owe may differ, depending on the 2023-24 tax rate and the value of your exemptions and abatements.  See page two for information about the importance of your property's "effective market value" in determining your property taxes.

| Year | Taxable Value | | Tax Rate | | Estimated Property Tax |
| --- | --- | --- | --- | --- | --- |
| 2023-24 | $25,259 | x | 0.20309 | = | $5,129.85 |

### KEY DATES

**March 15, 2023**

Last day to request review of your market value.
(*See page 2.*)

Last day to challenge your assessed value.
(*See page 2.*)

Last day to apply for a tax exemption.
(*See page 3.*)

**July 1, 2023**

2023-24 tax year begins.

**To learn more, visit**

**www.nyc.gov/nopv**

1405.01 A
40
144877

Page 1

tax records



| Project Name | RLM010624 | Completion Date | 01/09/2024 | | |
|---|---|---|---|---|---|
| Inspection Type/Date | Exterior  01/08/2024 | Borrower Name | THEODORE LEEBOO | | |
| Street Address | 86 Barbey St | | | | |
| City | Brooklyn | State | NY | Zip | 11207 |

## TAX - Page 2 of 4

### ABOUT YOUR PROPERTY TAXES

Property taxes are determined using a complex formula that takes into account many different amounts and calculations.   Visit www.nyc.gov/nopv for more information about property valuation and taxation.

| First, we estimate the **MARKET VALUE** of your property. | $883,000 |
|---|---|

We start by looking at the selling prices of properties in your neighborhood with characteristics similar to those in the description of your property that appears on page three of this notice. We then use statistical analysis to determine your market value.

| Next, we determine the **ASSESSED VALUE** of your property. | $25,259 |
|---|---|

We multiply your market value by an assessment ratio to determine the assessed value of your property. The assessment ratio for properties in tax class 1 is 6% for 2023-24; this is the maximum percentage of market value at which your assessed value can be set. However, there are caps on how much your property's assessed value can increase. Under state law, your assessed value cannot increase more than 6% per year or 20% over five years, regardless of increases to your property's market value, unless the increases are due to construction or renovations.

| From there we are able to determine your **EFFECTIVE MARKET VALUE**. | $420,983 |
|---|---|

After applying the legal caps on your assessed value, we are able to determine your effective market value, which is the market value you are "effectively" paying taxes on. The effective market value is computed by dividing your assessed value by 6%. This number will be important should you choose to challenge our determination of your market value, as your property tax will not go down unless you can prove that your market value should be lower than the effective market value.

| Next we subtract the value of any **EXEMPTIONS** you receive. | $0 |
|---|---|

If you receive any exemptions, we subtract their value - your exemption value - from your property's assessed value. Your exemption value is used to calculate your taxable value (see below); it is not the dollar amount that you will save on your property taxes.

| The result is your **TAXABLE VALUE**. | $25,259 |
|---|---|

After subtracting the value of any exemptions you receive, we arrive at your property's taxable value. The amount you owe in property taxes is determined by applying the city's property tax rate, which is currently 20.309%, to your taxable value.  Any abatements that you receive are then applied to reduce your tax bill.

**How You Will Be Billed:**

Property tax bills are mailed quarterly for properties with an assessed value of $250,000 or less and semiannually for properties assessed at more than $250,000. If you pay your property taxes through a bank, mortgage servicing company, or co-op board, you will not receive a bill from the Department of Finance unless you are responsible for other charges, such as sidewalk or emergency repair charges.

### WHAT TO DO IF YOU DISAGREE WITH THESE VALUES

| Challenge Your Market Value<br>with the Department of Finance | Challenge Your Assessed Value<br>with the New York City Tax Commission |
|---|---|
| If you believe the Department of Finance has made an error in determining your market value, you may submit a "Request for Review" form. The form is available at www.nyc.gov/nopv, or by calling 311.<br><br>Many property owners consider requesting review of their market value in hopes of reducing their property tax. However, your property tax will not go down unless you can prove that the market value should be lower than the effective market value.<br><br>**Deadline: March 15, 2023** | You have the right to challenge your assessed value by appealing to the New York City Tax Commission, an independent agency that is separate from the Department of Finance. The Tax Commission has the authority to reduce your property's assessed value, change its tax class, and adjust your tax exemptions. The Tax Commission cannot change your market value, property description, or building class.<br><br>Your application must be received by the filing deadline. To access Tax Commission appeal forms, visit www.nyc.gov/taxcommission. You may also visit a Department of Finance business center (locations at www.nyc.gov/nopv). For more information, call 311.<br><br>**Deadline: March 15, 2023** |

Page 2

tax records



| Project Name | RLM010624 | Completion Date | 01/09/2024 |
|---|---|---|---|
| Inspection Type/Date | Exterior  01/08/2024 | Borrower Name | THEODORE LEEBOO |
| Street Address | 86 Barbey St | | |
| City | Brooklyn | State | NY | Zip | 11207 |

## TAX - Page 3 of 4

### PLEASE REVIEW: YOUR PROPERTY DETAILS

The Department of Finance has the following information on record for your property.  Please review this information and inform us of any errors by filing a "Request to Update" form, available at www.nyc.gov/nopv or by calling 311.

**Owner(s):**  COHAN, DAVID                                   **Building Class:**  B2 (Two-family dwelling)

**Borough:**  3  (Brooklyn)

**Block:**    3920

**Lot:**        32

| | | | | | |
|---|---|---|---|---|---|
| **Primary Zoning** | R4 | **Lot Frontage** | 25.00 ft | **Lot Depth** | 95.00 ft |
| **Lot square feet** | 2,375 | **Lot Shape** | Regular | **Lot Type** | Inside |
| **Proximity** | Freestanding | **Building Frontage** | 20.00 ft | **Building Depth** | 30.00 ft |
| **Number of Buildings** | 1 | **Style** | Old Style | **Year Built** | 1920 |
| **Exterior Condition** | Average | **Finished Sq. Ft.** | 2,296 | **Unfinished Sq. Ft.** | 864 |
| **Commercial Units** | 0 | **Commercial Sq. Ft.** | 0 | **Residential Units** | 2 |
| **Garage Type** | N/A | **Garage Sq. Ft.** | 0 | **Basement Grade** | Below Grade |
| **Basement Sq. Ft.** | 0 | **Basement Type** | Full | **Construction Type** | Frame |
| **Exterior Wall** | Aluminum/Vinyl | **Number of Stories** | 2.75 | | |

### WHAT'S CHANGED:  COMPARING TAX YEARS 2022-23 AND 2023-24

| | Current Year (2022-23) | Next Year (2023-24) | Change |
|---|---|---|---|
| Market Value | $790,000 | $883,000 | +$93,000 |
| Assessment Percentage | 6% | 6% | -- |
| Assessed Value | $23,861 | $25,259 | +$1,398 |
| Effective Market Value | $397,683 | $420,983 | +$23,300 |
| Exemption Value | $0 | $0 | +$0 |
| Taxable Value | $23,861 | $25,259 | +$1,398 |

- **Market value** is the Department of Finance's estimated value for your property.
- **Assessment percentage** is a fixed percentage of market value. For class 1 properties, it is 6%.
- **Assessed value** is calculated by multiplying your market value by the assessment percentage. Your assessed value is subject to caps which limit how much it can increase each year.
- **Effective market value** is calculated by dividing the assessed value by the assessment percentage.
- **Exemption value** is the amount of the reduction in your assessed value as a result of any property tax exemptions you receive.
- **Taxable value** is the assessed value minus the exemption value.

### HOMEOWNER TAX EXEMPTIONS

New York City offers tax breaks known as exemptions to seniors, veterans, clergy members, people with disabilities, and others. In addition to reducing your taxes, many exemptions can keep you out of the lien sale.  See the enclosed sheet for more information about the lien sale.

The deadline to apply for homeowner exemptions is March 15, 2023. For more information, visit www.nyc.gov/nopv or call 311.

New York State offers a STAR benefit that covers many homeowners and an Enhanced STAR benefit for seniors. If you applied with the state for the STAR or Enhanced STAR credit after March 15, 2015, the credit will not appear on this notice. Visit www.tax.ny.gov/star for more information.

### CO-OP/CONDO TAX ABATEMENT

Owners of cooperative and condominium units can receive an abatement that will help them save money on their property taxes.

The unit(s) must be in an eligible building and must be the owner's primary residence.

More information about the abatement—including the application, the primary residency verification requirement, and the renewal process—is available at www.nyc.gov/nopv.

If you have questions or need additional information, contact the Department of Finance at www.nyc.gov/contactcoopabat, or call 311.

Page 3

tax records



| Project Name | RLM010624 | Completion Date | 01/09/2024 |
| Inspection Type/Date | Exterior  01/08/2024 | Borrower Name | THEODORE LEEBOO |
| Street Address | 86 Barbey St | | |
| City | Brooklyn | State | NY | Zip | 11207 |

## TAX - Page 4 of 4

### HOW TO GET HELP

#### CONTACT THE DEPARTMENT OF FINANCE

If you have questions about any of the information in this notice, contact the New York City Department of Finance:

**Online:**  www.nyc.gov/nopv

**Phone:**  Dial 311. (Outside NYC or for relay service, call 212-639-9675.)

**Mail:**  NYC Department of Finance
Correspondence Unit
1 Centre St, 22nd Fl
New York, NY 10007

#### DEPARTMENT OF FINANCE OUTREACH EVENTS

Receive help with your notice of property value. For more information about the events, including how to register and receive updates, visit www.nyc.gov/nopv or call 311. Bring your NOPV to the event.

| All events begin at 5:00 p.m. and end at 8:00 p.m. | |
| --- | --- |
| **February 7** Brooklyn | Brooklyn Borough Hall 209 Joralemon St |
| **February 8** Queens | Queens Borough Hall 120-55 Queens Blvd |
| **February 13** Staten Island | Staten Island JCC 1466 Manor Road |
| **February 15** Manhattan | David Dinkins Municipal Building 1 Centre St, Mezzanine North |
| **February 16** Bronx | Bronx Borough President's Office 851 Grand Concourse, Rotunda |

#### OFFICE OF THE TAXPAYER ADVOCATE

If you have made a reasonable effort to resolve a tax issue with the Department of Finance but feel that you have not received a satisfactory response, the Office of the Taxpayer Advocate can help. For assistance, visit www.nyc.gov/taxpayeradvocate and complete form DOF-911, "Request for Help from the Office of the Taxpayer Advocate."

**Phone:**  Dial 311. (Outside NYC or for relay service, call 212-639-9675.)
**Mail:**  NYC Office of the Taxpayer Advocate, 375 Pearl Street, 26th Floor, New York, NY 10038

**If due to a disability you need an accommodation in order to apply for and receive a service or participate in a program offered by the Department of Finance, please contact the Disability Service Facilitator at www.nyc.gov/contactdofeeo or by calling 311.**

Page 4

tax records