BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| In Re: | APPLICATION FOR RELIEF FROM THE AUTOMATIC STAY |
|---|---|
| Theodore Leeboo | Chapter 13 |
| *Debtors* | Bankruptcy Case# 23-43614-nhl |
|  | Honorable Nancy Hershey Lord |

ORDER

AND NOW, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT having moved before this Court for Relief from the Automatic Stay (and other relief) to proceed with and enforce its rights under non-bankruptcy state and federal law as more fully set forth in the motion/application with regard to the Property more fully set forth below, and upon failure of Debtor to file an Answer or otherwise plead as directed by the Court (or after hearing held and consideration of all evidence, arguments and briefs of Counsel), and it appearing;

That Movant has provided proof of service upon all necessary parties,

That, after due deliberation, it appears that cause exists for granting the requested relief;

It is hereby ORDERED AND DECREED that Movant, .S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT (and any assignee/successor-in-interest), is granted relief from the stay under 11 U.S.C. §362 to proceed with exercising its rights under its loan documents concerning the Property, more commonly known as *86 Barbey Street, Brooklyn, NY 11207.*

To the extent the underlying contract is not discharged by law, Movant may, to the extent appropriate, seek a deficiency judgment against the Debtor.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived. Further, Rule 3002.1 shall not apply to Movant. The fees and costs set forth in the motion shall be paid by the Debtor and be due and payable under the terms of Contract.

####