IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Theodore Leeboo<br><br>*Debtors* | APPLICATION FOR RELIEF FROM<br>THE AUTOMATIC STAY<br><br>Chapter 13<br>Bankruptcy Case# 23-43614-nhl<br>Honorable Nancy Hershey Lord |

CERTIFICATE OF SERVICE

I certify that on 05/06/2024, a true copy of the foregoing Notice of Motion and Motion were electronically filed via the Bankruptcy Court's ECF System. Notice of said filing will be sent via e-mail to all parties receiving such notice by operation of the ECF system. Parties may access said filing through the ECF System. In addition, copies were also served via first-class United States mail upon the following parties:

Theodore Leeboo
50 Rochester Avenue
Brooklyn, NY 11233
*Pro Se Debtor*

Lori Lapin Jones
Lori Lapin Jones PLLC
98 Cutter Mill Road
Suite 255 South
Great Neck, NY 11021
*Chapter 7 Trustee*

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004
*U.S. Trustee*

I hereby certify that the foregoing statements made by me are true.


                    HLADIK, ONORATO & FEDERMAN, LLP

Date: 05/06/2024              BY:    **/s/ Jonathan Roman**
                                       Jonathan Roman, Esquire
                                         NYID# 5136643
                                       Hladik, Onorato & Federman, LLP
                                       7 Skyline Drive, Suite 350
                                       Hawthorne, NY 10532
                                       Attorney for Creditor