```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re:                                                         :
                                                               :   Chapter 7
                                                               :
Theodore Leeboo,                                               :
                                                               :   Case No. 23-43614-nhl
                                                               :
                Debtor.                                        :
                                                               :
-------------------------------------------------------------- x
```

## ORDER DIRECTING APPEARANCE OF AVINOAM Y ROSENFELD, ESQ.
## <u>AT ADJOURNED LIFT STAY HEARING</u>

WHEREAS, on October 5, 2023, Theodore Leeboo (the "<u>Debtor</u>"), *pro se*, filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code; and

WHEREAS, on February 14, 2024, Trust Bank, formerly known as Branch Banking and Trust Company ("Truist") filed a motion seeking relief from stay pursuant to sections 362(d)(1), (d)(2), and (d)(4) with respect to Debtor's property located at 50 Rochester Avenue, Brooklyn, New York 11233 [ECF No. 21] (the "Motion"); and

WHEREAS, a preliminary hearing on the Motion was held on March 14, 2024, at which appeared Melissa Sue DiCerbo, Esq. (Counsel to Truist) and Theodore Leeboo (Debtor); and

WHEREAS, an adjourned hearing on the Motion was held on May 8, 2024, a which appeared Melissa Sue DiCerbo, Esq. (Counsel to Truist), Theodore Leeboo (Debtor) and Steven Amshen, Esq. (Counsel for Northfield 30 Corp.);

**NOW, THEREFORE,** upon the record of the case, which is incorporated herein by reference, it is hereby

**ORDERED**, that the hearing on the Motion is adjourned to **<u>May 29, 2024 at 3:30 p.m.</u>** (the "<u>Adjourned Hearing</u>"); and it is further

**ORDERED,** that **Avinoam Y. Rosenfeld, Esq. of the Rosenfeld Law Office** is directed to appear at the Adjourned Hearing, which shall be held telephonically and/or by videoconference; and it is further

**ORDERED**, that all participants (including attorneys, clients, and *pro se* parties) shall register their appearances through the Court's eCourt Appearances program, by following the instructions set forth on the Court's website, at https://www.nyeb.uscourts.gov/content/judge-nancy-hershey-lord. Once registered, <u>eCourt Appearances</u> will email the telephone number and/or video link for your hearing. You may register for hearings weeks in advance, but the telephone number and/or video link will not be emailed to you until **48 hours before the hearing date**. Those registering with eCourt Appearances less than 48 hours in advance of the hearing should allow up to 15 minutes

after registration to receive the email with the telephone number and/or video link. Those unable to access eCourt Appearances must email Judge Nancy Hershey-Lord's Courtroom Deputy at: nhl_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing.  Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number; and it is further

      **ORDERED**, that the Clerk of the Court serve a copy of this Order upon the attached service list.



Dated: May 17, 2024
Brooklyn, New York

_Nancy Hershey Lord_
Nancy Hershey Lord
United States Bankruptcy Judge