UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                    Chapter 7

Theodore Leeboo,                                              Case No. 23-43614-nhl

                                      Debtor.
---------------------------------------------------------X

## ORDER TO SHOW CAUSE FOR CONTEMPT

WHEREAS, on October 5, 2023, Theodore Leeboo (the "Debtor"), *pro se*, filed a petition for relief under chapter 7 of the Bankruptcy Code; and

WHEREAS, on February 14, 2024, Trust Bank, formerly known as Branch Banking and Trust Company ("Truist") filed a motion seeking relief from stay pursuant to sections 362(d)(1), (d)(2), and (d)(4) with respect to Debtor's property located at 50 Rochester Avenue, Brooklyn, New York 11233 [ECF No. 21] (the "Motion"); and

WHEREAS, a preliminary hearing on the Motion was held on March 14, 2024, at which appeared Melissa Sue DiCerbo, Esq. (Counsel to Truist) and Theodore Leeboo (Debtor); and

WHEREAS, an adjourned hearing on the Motion was held on May 8, 2024, at which appeared Melissa Sue DiCerbo, Esq. (Counsel to Truist), Theodore Leeboo (Debtor) and Steven Amshen, Esq. (Counsel for Northfield 30 Corp.); and

WHEREAS, on May 17, 2024, the Court issued an order adjourning the hearing and directing the appearance of Avinoam Y. Rosenfeld, Esq. at the adjourned hearing on May 29, 2024 [ECF No. 33]; and

WHEREAS, a further hearing on the Motion was held before the Court on May 29, 2024, at which appeared Melissa Sue DiCerbo, Esq. (Counsel to Truist), Theodore Leeboo (Debtor) and

1

Steven Amshen, Esq. (Counsel for Northfield 30 Corp.), but there was no appearance by Avinoam Y. Rosenfeld, Esq.;

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED**, that **Avinoam Y. Rosenfeld, Esq.** is directed to appear at a telephonic hearing before the Honorable Nancy Hershey Lord, U.S. Bankruptcy Judge, on **August 8, 2024 at 10:30 a.m.** and show cause as to why he should not be held in contempt for failure to comply with an Order of this Court; and it is further

**ORDERED**, that all participants (including attorneys, clients, and *pro se* parties) shall register their appearances through the Court's eCourt Appearances program, by following the instructions set forth on the Court's website, at https://www.nyeb.uscourts.gov/content/judge-nancy-hershey-lord. Once registered, eCourt Appearances will email the telephone number and/or video link for your hearing. You may register for hearings weeks in advance, but the telephone number and/or video link will not be emailed to you until **48 hours before the hearing date**. Those registering with eCourt Appearances less than 48 hours in advance of the hearing should allow up to 15 minutes after registration to receive the email with the telephone number and/or video link. Those unable to access eCourt Appearances must email Judge Nancy Hershey-Lord's Courtroom Deputy at: nhl_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number; and it is further

*(Intentionally Left Blank)*

**ORDERED**, that the Clerk of the Court serve a copy of this Order by mail upon the attached service list.

Dated: June 4, 2024
Brooklyn, New York



_____
Nancy Hershey Lord
United States Bankruptcy Judge