# THE ROSENFELD LAW OFFICE

156 HARBORVIEW SOUTH
LAWRENCE, NEW YORK 11559
(516) 547-1717
EMAIL: ayr.rosenfeld@aol.com

July 17, 2024

**VIA ECF**

Hon. Nancy Hershey Lord
United State Bankruptcy Judge
United States Bankruptcy Courthouse
 Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

**Re:    In re: Theodore Leeboo (Bankruptcy Petition No. 1-23-43614-nhl)**

Dear Judge Lord:

I have only recently learned that Your Honor had directed me to appear at a telephonic hearing in connection with the above-referenced matter.  I would never disregard an order to appear issued by any judge and I certainly did not ignore Your Honor's orders.  The simple fact is I only received one notice and it was not delivered until well after the hearing date.

Attached hereto is a copy of the envelope that was delivered to my office in connection with the order for me to appear on May 29, 2024.  Please note the stamp placed on the envelope by the United States Postal Service that reads "RETURN FOR BETTER ADDRESS".  I have no idea why the aforementioned stamp was placed on this envelope; the address on the envelope is correct as written.  Nevertheless, the envelope took an unnecessary extended trip through the bowels of the Postal Service and was not delivered to me until after the hearing date had passed.  I do not recall receiving a second notice.

As Your Honor is aware, I am not counsel to the Debtor, Theodore Leeboo, in this proceeding, nor am I counsel to any other party to the proceeding.  Indeed, I was not aware of the existence of this case until, during the course of a hearing in an unrelated case, Your Honor asked if I was "ducking" the Orders directing my appearance in this matter .  Having reviewed the docket in this case, I learned that Mr. Leeboo commenced this proceeding *pro se* by filing a Petition on or about October 5, 2023.

To the extent that Your Honor has ordered my appearance to explain why I would file a Notice of Appearance on behalf of Mr. Leeboo in a New York State Supreme Court proceeding captioned Leeboo v. Cohan, et al. (Sup. Ct., Kings County, Index No. 8560/2015) (the "State Court Action") during the pendency of this proceeding, the answer is simple – I had no knowledge of Mr. Leeboo having filed a bankruptcy petition.

Hon. Nancy Hershey Lord
July 17, 2024
Page 2 of 2

The State Court Action was commenced in or about June 2015; eight years prior to Mr. Leeboo filing for bankruptcy. When the State Court Action was filed, Mr. Leeboo was represented by the Yvette Dudley Law Group, P.C. In 2019, Mr. Leeboo retained new counsel, Rodriguez-McCloskey, PLLC. In or about April 2023, the Rodriguez-McCloskey firm moved to be relieved as counsel for Mr. Leeboo. In or about July 2023, the court granted the Rodriguez-McCloskey firm's motion.

In or about late February 2024, Mr. Leeboo was referred to me by another client. It was my understanding that Mr. Leeboo and his wife had been the victims of deed fraud and that the State Court Action, which had been pending for nine years, had been commenced to regain title to two properties located in Brooklyn, New York. At no time did Mr. Leeboo inform me that he had filed for protection under the Bankruptcy Code in October 2023.

On or about March 6, 2024, I filed a Notice of Appearance in the State Court Action on behalf of Mr. Leeboo and his wife. As Your Honor will note from the attached printout of the State Court Action docket, the Notice of Appearance was the only document I filed in the State Court Action. The relationship between Mr. Leeboo and me broke down almost immediately after I filed my appearance and I never appeared in court on his behalf, nor did I draft any motions. I was in the process of preparing a motion, to be brought by Order to Show Cause, to be relieved as counsel for the Leeboos when I learned of the existence of this bankruptcy proceeding. I found myself between a rock and a hard place. Had I known the Mr. Leeboo had filed for bankruptcy in October 2023 I would never had agreed to represent him in March 2024; however, I did not believe that it would be appropriate for me to file a motion to be relieved as counsel in the State Court Action because that would be a violation of the automatic stay. At this point, I look for the Court's guidance on how to proceed to be relieved as counsel in the State Court Action.

Please accept my deepest apologies for failing to appear at the previously scheduled hearings as the Court directed. As set forth above, one notice was delivered after the scheduled hearing date and the other notice was never received. It was certainly not my intent to disrespect the Court or anyone else who appeared at the hearings, and I apologize for any inconvenience my absence may have caused. Of course, I will be present for the hearing scheduled to be held on August 8, 2024.

If Your Honor has any further questions, please do not hesitate to contact me.

Very truly yours,

Avinoam Y. Rosenfeld

cc:     All counsel and parties (via ECF)
        Theodore Leeboo (via regular mail)

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

Theodore Leeboo
50 Rochester Avenue
Brooklyn, NY 11233

RETURN FOR BETTER ADDRESS

**FIRST-CLASS MAIL**

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

019819  19819 1 MB 0.568  11559  1 2  10152-1-20048

Avinoam Y. Rosenfeld
156 Harborview South
Lawrence, New York 11559-1908

11559$1908 C003

NYSCEF

Kings County Supreme Court

**Document List**

**Index #   8560/2015**

Created on:07/10/2024 07:45 AM

**Case Caption:   THEODORE LEEBOO et al v. DAVID COHAN et al**

**Judge Name:    Kings  NJTRP**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | COUNTY CLERK MINUTES -PRIOR TO CONVERSION | Processed | 09/03/2020 | Court User |
| 2 | NOTICE OF SETTLEMENT W/PROPOSED JDGMT/COUNTER JDGMT<br>Notice of Settlement with Proposed Judgment | Processed | 09/03/2020 | Bowman, D. |
| 3 | NOTICE OF SETTLEMENT W/PROPOSED JDGMT/COUNTER JDGMT<br>AMENDED NOTICE OF SETTLEMENT WITH PROPOSED JUDGMENT | Processed | 09/03/2020 | Bowman, D. |
| 4 | ORDER - OTHER<br>dated 9/22/2020 | Processed | 09/29/2020 | Court User |
| 5 | NOTICE OF ENTRY/COPY OF ENTERED ORDER/PROOF OF SERVICE | Processed | 09/29/2020 | Bowman, D. |
| 6 | NOTICE OF APPEAL/INFORMATIONAL STATEMENT/COPY OF ORDER/PROOF OF SERVICE | Processed | 10/08/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 7 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | Processed | 10/08/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 8 | NOTICE OF MOTION - *Corrected* | Processed | 10/30/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 9 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION<br>Affidavit of Theodore Leeboo | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 10 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION<br>Affirmation of Yenisey Rodriguez-McCloskey | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 11 | EXHIBIT(S)<br>to Rodriguez-McCloskey Affirmation- Summons and Complaint | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 12 | EXHIBIT(S)<br>to Rodriguez-McCloskey Affirmation- Answer and Counterclaims | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 13 | EXHIBIT(S)<br>to Rodriguez-McCloskey Affirmation- Printout showing case marked disposed | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 14 | EXHIBIT(S)<br>to Rodriguez McCloskey Affirmation- 90-Day demand to prosecute | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 15 | EXHIBIT(S)<br>to Rodriguez-McCloskey Affirmation- Note of Issue | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| | | | | by Rodriguez McCloskey PLLC |
| 16 | EXHIBIT(S)<br>to Rodriguez-McCloskey Affirmation- Dudley Affirmation | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 17 | EXHIBIT(S)<br>to Rodriguez-McCloskey Affirmation- Defendants' motion to dismiss | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 18 | EXHIBIT(S)<br>to Rodriguez-McCloskey Affirmation- Plaintiffs' Opposition to motion to dismiss | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 19 | EXHIBIT(S)<br>to Rodriguez McCloskey Affirmation- Plaintiffs' Motion for Leave to file note of issue | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 20 | EXHIBIT(S)<br>to Rodriguez-McCloskey Affirmation- Defendants' Opposition to motion for leave to file note of issue | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 21 | EXHIBIT(S)<br>to Rodriguez-McCloskey Affirmation- Affidavit of Theodore Leeboo in further opposition to motion to | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 22 | EXHIBIT(S)<br>to Rodriguez-McCloskey Affirmation- OSC Motion to turnover case file | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 23 | EXHIBIT(S)<br>to Rodriguez-McCloskey Affirmation- Dudley Cross-motion to withdraw | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 24 | EXHIBIT(S)<br>to Rodriguez McCloskey Affirmation- Order granting motion to turnover case files | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 25 | EXHIBIT(S)<br>to Rodriguez-McCloskey Affirmation- Letter notice of OSC motion to void deeds | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 26 | EXHIBIT(S)<br>to Rodriguez-McCloskey Affirmation- Email requesting consent to e-filing | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 27 | EXHIBIT(S)<br>to Rodriguez-McCloskey Affirmation- Email exchange re: consent to e-filing | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 28 | EXHIBIT(S)<br>to Rodriguez-McCloskey Affirmation- Cover letter for submission of OSC | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 29 | EXHIBIT(S)<br>to Rodriguez McCloskey Affirmation- OSC motion | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|--------------------------|--------|---------------|----------|
| | to void deeds and disqualify | | | by Rodriguez McCloskey PLLC |
| 30 | EXHIBIT(S)<br>to Rodriguez-McCloskey Affirmation- Order/Judgment granting dismissal and Notice of Appeal | Processed | 10/29/2020 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 31 | LETTER / CORRESPONDENCE TO JUDGE | Returned For Correction | 02/03/2021 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 32 | ORDER ( PROPOSED ) | Returned For Correction | 02/03/2021 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 33 | LETTER / CORRESPONDENCE TO JUDGE<br>CPLR2214 Letter by Attorney Mark S. Anderson | Processed | 02/03/2021 | Routh, M. |
| 34 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION<br>Affirmation in Opposition | Processed | 02/03/2021 | Routh, M. |
| 35 | EXHIBIT(S)<br>Summons and Complaint | Processed | 02/03/2021 | Routh, M. |
| 36 | EXHIBIT(S)<br>Verified Answer | Processed | 02/03/2021 | Routh, M. |
| 37 | EXHIBIT(S)<br>Reply to Counterclaims | Processed | 02/03/2021 | Routh, M. |
| 38 | EXHIBIT(S)<br>90 Day Notice | Processed | 02/03/2021 | Routh, M. |
| 39 | EXHIBIT(S)<br>Motion to Dismiss CPLR 3216 | Processed | 02/03/2021 | Routh, M. |
| 40 | EXHIBIT(S)<br>Opposition to Motion to Dismiss (CPLR 3216) | Processed | 02/03/2021 | Routh, M. |
| 41 | EXHIBIT(S)<br>CPLR 2214 Letter | Processed | 02/03/2021 | Routh, M. |
| 42 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 02/04/2021 | Rodriguez-Mccloskey, Y. - filed by Rodriguez McCloskey PLLC |
| 43 | AFFIDAVIT OR AFFIRMATION IN REPLY | Processed | 07/06/2021 | Rodriguez-Mccloskey, Y. |
| 44 | STIPULATION - OTHER<br>Stipulation Requesting Oral Argument | Processed | 10/19/2021 | Rodriguez-Mccloskey, Y. - filed by Rodriguez-McCloskey PLLC |
| 45 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | Processed | 10/19/2021 | Rodriguez-Mccloskey, Y. - filed by Rodriguez-McCloskey PLLC |
| 46 | COUNTY CLERK CERTIFICATION OF MINUTES<br>Judicial Subpoena Duces Tecum (filed 11/4/2021) | Processed | 11/17/2021 | Court User |
| 47 | COUNTY CLERK CERTIFICATION OF MINUTES<br>Transferred to Appellate Division (Completed 11/23/21) | Processed | 11/23/2021 | Court User |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|--------------------------|--------|---------------|----------|
| 48 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 01/11/2022 | Rodriguez-Mccloskey, Y. - filed by Rodriguez-McCloskey PLLC |
| 49 | ORDER - OTHER | Processed | 01/20/2022 | Court User |
| 50 | DECISION + ORDER ON MOTION | Processed | 07/22/2022 | Court User |
| 51 | NOTICE OF ENTRY | Processed | 07/26/2022 | Rodriguez-Mccloskey, Y. - filed by Rodriguez-McCloskey PLLC |
| 52 | NOTE OF ISSUE:WITHOUT JURY | Processed | 08/17/2022 | Rodriguez-Mccloskey, Y. - filed by Rodriguez-McCloskey PLLC |
| 53 | EXHIBIT(S)<br>Order granting leave to file Note of Issue | Processed | 08/17/2022 | Rodriguez-Mccloskey, Y. - filed by Rodriguez-McCloskey PLLC |
| 54 | NOTICE OF MOTION | Processed | 08/19/2022 | Routh, M. |
| 55 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION | Processed | 08/19/2022 | Routh, M. |
| 56 | NOTICE OF CROSS-MOTION | Processed | 09/11/2022 | Rodriguez-Mccloskey, Y. |
| 57 | AFFIDAVIT OR AFFIRMATION IN FURTHER SUPPORT OF CROSS-MOTION | Processed | 09/11/2022 | Rodriguez-Mccloskey, Y. |
| 58 | AFFIDAVIT OR AFFIRMATION IN FURTHER SUPPORT OF CROSS-MOTION | Processed | 09/11/2022 | Rodriguez-Mccloskey, Y. |
| 59 | EXHIBIT(S)<br>Summons and Verified Complaint | Processed | 09/11/2022 | Rodriguez-Mccloskey, Y. |
| 60 | EXHIBIT(S)<br>Answer and Counterclaim of Cohan | Processed | 09/11/2022 | Rodriguez-Mccloskey, Y. |
| 61 | EXHIBIT(S)<br>Deeds | Processed | 09/11/2022 | Rodriguez-Mccloskey, Y. |
| 62 | EXHIBIT(S)<br>Affidavit of PI Philip Restivo in Patricia Love action | Processed | 09/11/2022 | Rodriguez-Mccloskey, Y. |
| 63 | EXHIBIT(S)<br>Subpoena and DMV Records from Northfield Bk case | Processed | 09/11/2022 | Rodriguez-Mccloskey, Y. |
| 64 | EXHIBIT(S)<br>Cohan Affidavit in Wells Fargo v. Cohan and Exhibit w ID | Processed | 09/11/2022 | Rodriguez-Mccloskey, Y. |
| 65 | EXHIBIT(S)<br>Cohan Affidavit in US Bank v. Cadoo | Processed | 09/11/2022 | Rodriguez-Mccloskey, Y. |
| 66 | EXHIBIT(S)<br>Cohan Affidavit in Cohan v. Fed Nat'l Mortgage Ass'n | Processed | 09/11/2022 | Rodriguez-Mccloskey, Y. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 67 | EXHIBIT(S)<br>Mark Anderson Affirmation in Cohan v. Fed Nat'l Mortgage Ass'n | Processed | 09/11/2022 | Rodriguez-Mccloskey, Y. |
| 68 | EXHIBIT(S)<br>Summons and Complaint in NYCTL v. Cohan, et al | Processed | 09/11/2022 | Rodriguez-Mccloskey, Y. |
| 69 | EXHIBIT(S)<br>Affirmation of Mark Anderson in Wells_Fargo_Bank_N_A_v_Cohan- | Processed | 09/11/2022 | Rodriguez-Mccloskey, Y. |
| 70 | EXHIBIT(S)<br>Ex. 12- Affirmation Mark Anderson in Cohan v. Nationstar Mortgage | Processed | 09/11/2022 | Rodriguez-Mccloskey, Y. |
| 71 | EXHIBIT(S)<br>Summons and Complaint in Cohn v. Prof-2013-M4 Legal Trust plus Deed | Processed | 09/11/2022 | Rodriguez-Mccloskey, Y. |
| 72 | STIPULATION - BRIEFING SCHEDULE<br>Two Attorney Stipulation Adjourning Mot. Seq. #006 and 007 with Briefing Schedule | Processed | 09/12/2022 | Routh, M. |
| 73 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION | Processed | 09/12/2022 | Rodriguez-Mccloskey, Y. - filed by Rodriguez-McCloskey PLLC |
| 74 | EXHIBIT(S)<br>Notice of Entry and Order | Processed | 09/12/2022 | Rodriguez-Mccloskey, Y. - filed by Rodriguez-McCloskey PLLC |
| 75 | EXHIBIT(S)<br>Note of Issue | Processed | 09/12/2022 | Rodriguez-Mccloskey, Y. - filed by Rodriguez-McCloskey PLLC |
| 76 | EXHIBIT(S)<br>Preliminary Conference Order | Processed | 09/12/2022 | Rodriguez-Mccloskey, Y. - filed by Rodriguez-McCloskey PLLC |
| 77 | EXHIBIT(S)<br>Compliance Conference Order | Processed | 09/12/2022 | Rodriguez-Mccloskey, Y. - filed by Rodriguez-McCloskey PLLC |
| 78 | ORDER - OTHER<br>dtd 9/14/22 | Processed | 09/20/2022 | Court User |
| 79 | ORDER TO SHOW CAUSE ( PROPOSED ) | Processed | 10/05/2022 | Bowman, D. |
| 80 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>Affirmation In Support | Processed | 10/05/2022 | Bowman, D. |
| 81 | EXHIBIT(S)<br>Summons and Complaint | Processed | 10/05/2022 | Bowman, D. |
| 82 | EXHIBIT(S)<br>Defendant's Answer | Processed | 10/05/2022 | Bowman, D. |
| 83 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter requesting oral argument | Processed | 10/31/2022 | Rodriguez-Mccloskey, Y. - filed by Rodriguez-McCloskey PLLC |



NYSCEF

Kings County Supreme Court

**Document List**

**Index # 8560/2015**

Created on:07/10/2024 07:45 AM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 84 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter regarding Defendants pending Order to Show Cause | Processed | 11/01/2022 | Bowman, D. |
| 85 | LETTER / CORRESPONDENCE TO JUDGE<br>LETTER TO JUDGE REQUESTING ORAL ARGUMENT | Processed | 11/01/2022 | Bowman, D. |
| 86 | ORDER TO SHOW CAUSE-SIGNED | Processed | 11/18/2022 | Court User |
| 87 | ORDER TO SHOW CAUSE - CONFORMED COPY<br>SERVICE ON PLAINTIFF VIA NYSCEF FILING | Processed | 11/18/2022 | Bowman, D. |
| 88 | AFFIDAVIT<br>AFFIAVIT OF SERVICE FOR CONFORMED ORDER TO SHOW CAUSE- PLAINTIFF | Processed | 11/18/2022 | Bowman, D. |
| 89 | CONSENT TO CHANGE ATTORNEY (POST RJI)<br>Consent to Change Attorney for Defendant LTE Development only | Processed | 12/12/2022 | Rebhun, J. |
| 90 | NOTICE OF DISCOVERY AND INSPECTION<br>Defendant LTE Development's Notice for Discovery and Inspection | Processed | 12/28/2022 | Rebhun, J. |
| 91 | DEMAND FOR:<br>Defendant LTE Development's Demand for a Response to Interrogatories | Processed | 12/28/2022 | Rebhun, J. |
| 92 | NOTICE OF DEPOSITION<br>Notice of Deposition on Theodore Leeboo | Processed | 12/28/2022 | Rebhun, J. |
| 93 | NOTICE OF DEPOSITION<br>Notice of Deposition on Ethel Scott a/k/a Ethel Leeboo | Processed | 12/28/2022 | Rebhun, J. |
| 94 | NOTICE TO ADMIT<br>Defendant LTE Development's Notice to Admit | Processed | 12/28/2022 | Rebhun, J. |
| 95 | EXHIBIT(S)<br>Plaintiffs' 2009 Mortgage for 86 Barbey Street | Processed | 12/28/2022 | Rebhun, J. |
| 96 | EXHIBIT(S)<br>Plaintiffs' 2009 Mortgage for 50 Rochester | Processed | 12/28/2022 | Rebhun, J. |
| 97 | EXHIBIT(S)<br>2010 Deed to 86 Barbey from Plaintiffs' to LTE Development | Processed | 12/28/2022 | Rebhun, J. |
| 98 | EXHIBIT(S)<br>2010 Deed to 50 Rochester from Plaintiffs' to LTE Development | Processed | 12/28/2022 | Rebhun, J. |
| 99 | NOTICE OF REJECTION<br>Notice of Rejection of Discovery Demands | Processed | 12/29/2022 | Rodriguez-Mccloskey, Y. - filed by Rodriguez-McCloskey PLLC |
| 100 | MEMORANDUM OF LAW IN REPLY<br>Memorandum of Law in Reply of Motion to Strike Note of Issue | Processed | 12/29/2022 | Rebhun, J. |
| 101 | MEMORANDUM OF LAW IN OPPOSITION<br>Memorandum in Opposition to Cross-Motion | Processed | 12/29/2022 | Rebhun, J. |
| 102 | EXHIBIT(S)<br>DOB Violations | Processed | 12/29/2022 | Rebhun, J. |
| 103 | NOTICE OF REJECTION<br>Rejection of NYSCEF Doc. Nos. 100-102 | Processed | 12/30/2022 | Rodriguez-Mccloskey, Y. - filed by Rodriguez- |



| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|--------------------------|--------|---------------|----------|
| | | | | McCloskey PLLC |
| 104 | AFFIDAVIT<br>AFFIDAVIT OF SERVICE FOR CONFORMED OSC | Processed | 01/11/2023 | Bowman, D. |
| 105 | ORDER - OTHER<br>DTD 1/11/2023 (DECISION&ORDER) | Processed | 01/19/2023 | Court User |
| 106 | ORDER TO SHOW CAUSE ( PROPOSED ) -<br>*Corrected* | Processed | 05/23/2023 | Bowman, D. |
| 107 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF<br>PROPOSED OSC/EXPARTE APP - *Corrected*<br>AFFIRMATION IN SUPPORT | Processed | 05/23/2023 | Bowman, D. |
| 108 | EXHIBIT(S)<br>SUMMONS & COMPLAINT | Processed | 01/20/2023 | Bowman, D. |
| 109 | EXHIBIT(S)<br>ANSWER | Processed | 01/20/2023 | Bowman, D. |
| 110 | EXHIBIT(S)<br>ORDER | Processed | 01/20/2023 | Bowman, D. |
| 111 | DECISION + ORDER ON MOTION<br>dtd 3/21/23 | Processed | 04/07/2023 | Court User |
| 112 | ORDER TO SHOW CAUSE ( PROPOSED )<br>Order to Show Cause to Withdraw with TRO | Processed | 04/18/2023 | Rodriguez-Mccloskey,<br>Y. - filed by Rodriguez-<br>McCloskey PLLC |
| 113 | AFFIDAVIT OR AFFIRMATION IN SUPPORT<br>Affirmation of Yenisey Rodriguez-McCloskey | Processed | 04/18/2023 | Rodriguez-Mccloskey,<br>Y. - filed by Rodriguez-<br>McCloskey PLLC |
| 114 | EXHIBIT(S)<br>Outstanding Invoices | Processed | 04/18/2023 | Rodriguez-Mccloskey,<br>Y. - filed by Rodriguez-<br>McCloskey PLLC |
| 115 | EXHIBIT(S)<br>Order dated March 21, 2023 | Processed | 04/18/2023 | Rodriguez-Mccloskey,<br>Y. - filed by Rodriguez-<br>McCloskey PLLC |
| 116 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Service of Notice of Order to Show Cause | Processed | 04/18/2023 | Rodriguez-Mccloskey,<br>Y. - filed by Rodriguez-<br>McCloskey PLLC |
| 117 | ORDER TO SHOW CAUSE-SIGNED | Processed | 04/20/2023 | Court User |
| 118 | NOTICE OF ENTRY | Processed | 04/20/2023 | Rodriguez-Mccloskey,<br>Y. - filed by Rodriguez-<br>McCloskey PLLC |
| 119 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Service on all appearing parties by NYSCEF | Processed | 04/20/2023 | Rodriguez-Mccloskey,<br>Y. - filed by Rodriguez-<br>McCloskey PLLC |
| 120 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Personal Service on Theodore Leeboo | Processed | 04/26/2023 | Rodriguez-Mccloskey,<br>Y. - filed by Rodriguez- |



**Document List**

**Index #  8560/2015**

Created on:07/10/2024 07:45 AM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| | | | | McCloskey PLLC |
| 121 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Personal Service on Ethel Leeboo | Processed | 04/26/2023 | Rodriguez-Mccloskey, Y. - filed by Rodriguez-McCloskey PLLC |
| 122 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>AFFIDAVIT IN SUPPORT | Processed | 05/23/2023 | Bowman, D. |
| 123 | EXHIBIT(S)<br>PREVIOUS CONFORMED ORDER TO SHOW CAUSE | Processed | 05/23/2023 | Bowman, D. |
| 124 | EXHIBIT(S)<br>AFFIDAVITS ON NONSERVICE | Processed | 05/23/2023 | Bowman, D. |
| 125 | ORDER TO SHOW CAUSE-SIGNED | Processed | 06/07/2023 | Court User |
| 126 | ORDER TO SHOW CAUSE - CONFORMED COPY WITH EXHIBITS ATTACHED | Processed | 06/12/2023 | Bowman, D. |
| 127 | ORDER - OTHER<br>dtd 6/28/2023 | Processed | 07/14/2023 | Court User |
| 128 | NOTICE OF ENTRY | Processed | 07/17/2023 | Rodriguez-Mccloskey, Y. |
| 129 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 07/17/2023 | Rodriguez-Mccloskey, Y. |
| 130 | LETTER / CORRESPONDENCE TO JUDGE<br>Regarding Alternate Service for Motion Sequence 10 | Processed | 09/26/2023 | Bowman, D. |
| 131 | NOTICE OF APPEARANCE (POST RJI)<br>Notice of Appearance | Processed | 03/06/2024 | Rosenfeld, A. |
| 132 | COURT NOTICE | Processed | 04/08/2024 | Court User |
| 132-1 | ATTACHMENT TO COURT NOTICE | Processed | 04/08/2024 | Court User |
| 133 | ORDER TO SHOW CAUSE ( PROPOSED )<br>ORDER TO SHOW CAUSE TO BE RELIEVED AS COUNSEL | Processed | 07/08/2024 | Bowman, D. |
| 134 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>AFFIRMATION IN SUPPORT OF ORDER TO SHOW CAUSE TO BE RELIEVED | Processed | 07/08/2024 | Bowman, D. |
| 135 | AFFIRMATION<br>AFFIRMATION OF DUE DILIGENCE WITH ATTORNEY CERTIFICATION | Processed | 07/08/2024 | Bowman, D. |
| 136 | EXHIBIT(S)<br>SUMMONS & COMPLAINT | Processed | 07/08/2024 | Bowman, D. |
| 137 | EXHIBIT(S)<br>ANSWER WITH CC | Processed | 07/08/2024 | Bowman, D. |
| 138 | EXHIBIT(S)<br>DENIED ORDER TO SHOW CAUSES + E-COURTS SUMMARY | Processed | 07/08/2024 | Bowman, D. |
| 139 | EXHIBIT(S)<br>PREVIOUS ATTEMPTS (1 AND 2) | Processed | 07/08/2024 | Bowman, D. |

NYSCEF

Kings County Supreme Court

**Document List**

**Index #   8560/2015**

Created on:07/10/2024 07:45 AM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|--------------------------|--------|---------------|----------|
| 140 | EXHIBIT(S)<br>PREVIOUS ATTEMPTS FOR SERVICE AGAINST<br>DEFENDANT | Processed | 07/08/2024 | Bowman, D. |