LAW OFFICES
# McCABE, WEISBERG & CONWAY, LLC

SUITE 205
10 MIDLAND AVENUE
PORT CHESTER, NY 10573
(914)-636-8900
**GENERAL FAX** (914) 636-8901
**MEDIATION ONLY FAX** (855) 427-1278

Melissa A. Sposato, NY Managing Attorney
NY ID 4098323

SUITE 4N25
1 HUNTINGTON QUADRANGLE
MELVILLE, NY 11747
(631) 812-4084
FAX: (855) 845-2584

February 19, 2025

Judge Nancy Hershey Lord
U.S. Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein U.S. Courthouse
271 Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

Re:       Theodore Leeboo
Case No.  23-43614 -nhl
          Status Report

Dear Judge Nancy Hershey Lord:

      The office of McCabe, Weisberg & Conway, P.C. represents Truist Bank in the instant loss mitigation proceeding. Please allow this letter to serve as a loss mitigation status report. On February 12, 2025, a missing documents letter was sent to the Debtor. The Debtor is to submit the following documents on or before March 14, 2025.

1. Mortgage Assistance Application form - Completed, signed and dated within 30 days.
2. IRS Form 4506-C - lines 1 through 4 completed and signed within 30 days.
3. Required income documentation per Mortgage Assistance Application form

      Thank you for your time and attention herein.

                              Very truly yours,

By:    */s/ Melissa DiCerbo*
           Melissa DiCerbo, Esq.
           McCabe, Weisberg & Conway, LLC
           Attorneys for Secured Creditor

Sent via UPSP to the Debtor at the subject property and via email to the Debtor.